UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LESLIE BOWER,

    Plaintiff,

v.

Case No. 1:24-cv-631

Hon. Hala Y. Jarbou

GLOBAL ORANGE DEVELOPMENT, LLC,

    Defendant.

_____/

## JUDGMENT

In accordance with the order entered this date:

**IT IS ORDERED** that the case is **DISMISSED**.

Dated: December 16, 2024        /s/ Hala Y. Jarbou
                                                   HALA Y. JARBOU
                                                 CHIEF UNITED STATES DISTRICT JUDGE